# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156322(43)

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

JASON RICHARD ROSE,
         Defendant-Appellant.

_____/

SC:  156322
COA:  337561
Oakland CC:  2009-229124-FH

On order of the Chief Justice, the motion of defendant-appellant to strike his pleading titled "Motion for Miscellaneous Relief" is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk